**AUDIO ODYSSEY, LTD.,**
**et al., Appellants,**

v.

**UNITED STATES of America,**
**et al., Appellees.**

**No. 00–3147.**

United States Court of Appeals,
Eighth Circuit.

Oct. 9, 2001.

On the court's own motion, the order entered October 5, 2001, is hereby vacated as it was entered in error.

■

**UNITED STATES of America,**
**Appellee,**

v.

**Fortino E. DIAZ and Robert**
**R. Lohr, Appellant.**

**Nos. 00–2188, 00–2317.**

United States Court of Appeals,
Eighth Circuit.

Oct. 9, 2001.

Appellants Fortino E. Diaz and Robert R. Lohr's, petitions for rehearing en banc have been considered by the Court and are granted. The opinion dated August 21, 2001 is vacated as to Fortino E. Diaz and Robert R. Lohr. The judgments of this court filed on August 21, 2001 in appeals 00–2188 and 00–2317 are also vacated.

The argument date will be fixed by a later order of this court. (5369–010199)